
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF ANITA ANN DULANEY, DECEASED, et al. | § § § | |
| vs. | § | NO. A 00 CA 325 SS |
| UNITED STATES OF AMERICA | § § § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **November 6, 2000.**

2. The parties shall advise if they agree the case is to be placed on the expedited docket and whether they consent to trial by the Magistrate Judge by **October 6, 2000.** If such consent is given, the form as set out in Appendix B-3 of the Local Rules of the United States District Court for the Western District of Texas shall be used.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **December 6, 2000,** and each opposing party shall respond, in writing, by **December 20, 2000.** All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.




4. The parties shall file all amended or supplemental pleadings and shall join additional parties by **January 5, 2001.**

5. All parties asserting claims for relief shall disclose a list of proposed trial exhibits, designate their potential witnesses and testifying experts, and submit a written summary of the expected testimony of each expert by **January 19, 2001.** Parties resisting claims for relief shall disclose a list of proposed trial exhibits, designate their potential witnesses and experts, and submit a written summary of the expected testimony of each expert by **February 5, 2001.** Any supplementation of the lists of proposed trial exhibits and designation of all rebuttal experts shall be made by **February 12, 2001.**

6. The parties shall complete all discovery on or before **March 7, 2001.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **March 21, 2001.**

8. This case is set for docket call **April 27, 2001, at 11:00 a.m.** and trial in the month of **May 2001.** The parties shall file a joint proposed pretrial order at least seven (7) days before docket call (see Form PT-1, Appendix B-2 to the Local Rules, for a suggested form of Pretrial Order).

SIGNED this the 6th day of September 2000.

_____
UNITED STATES DISTRICT JUDGE