RECEIVED
MAR 2 3 2001
U.S. DISTRICT COURT
CLERK'S OFFICE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE ESTATE OF ANITA ANN DULANEY, § <br> DECEASED BY AND THROUGH ITS § <br> ADMINISTRATOR, KEVIN L. DULANEY, § <br> AS NEXT FRIEND OF ANNAKA DULANEY, § <br> JAYCIE DULANEY AND ABBY DULANEY § <br> MINORS AND ANITA D. OLIVER § <br> § <br> v. § <br> § <br> THE UNITED STATES OF AMERICA § | CIVIL CASE NO. A 00CA325 SS |

### ORDER GRANTING RULE 11 AGREEMENT

On this day came before the Court a Rule 11 Agreement signed by counsel for Defendant agreeing to extend Plaintiffs' current deadline to amend pleadings to April 2, 2001 (a copy of which is attached for reference).

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiffs herein have until April 2, 2001 to amend pleadings and for such other and further relief as the court deems just.

Dated *March 27*, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

F:\Matters\Dulaney- Anita\Motions\Rule 11 Order.wpd

11

# MITHOFF & JACKS, L.L.P.
## LAW OFFICES

**AUSTIN OFFICE**
TOMMY JACKS, P.C.
JAMES L. "LARRY" WRIGHT
MARK C. ENBALT
GREIG W. COATES, M.D., J.D.
BELINDA M. HOWELL, R.N., J.D.
DREW WRIGHT
FRANCES TOWNSEND
LAURA J. RUTH
**ADMINISTRATIVE ASSISTANTS**
SHERI OESSLIN
CHRIS RENTZ HALL
**MEDICAL ASSISTANT**
DEBORAH SCHUMANN, R.N.
**LEGAL ASSISTANT**
SHEILA KAY READ, CLA, TBLS

ONE CONGRESS PLAZA, SUITE 1010
111 CONGRESS AVENUE
AUSTIN, TEXAS 78701-4073

TELEPHONE 512-478-4422
FACSIMILE 512-478-5015
E-MAIL: mithoff-jacks-aus.com

**HOUSTON OFFICE**
RICHARD WARREN MITHOFF, P.C.
MICHAEL L. PHIFER
JANIE L. JORDAN
**ADMINISTRATIVE ASSISTANTS**
ROBERT KNETSCH, C.P.A.
DOLORES L. MORRIS
**MEDICAL ASSISTANTS**
SUSAN R. GANNON, R.N., L.N.C.C.
RHONDA S. SANDEL, R.N.
JULIE DIMITROFF, R.N.
**OF COUNSEL**
WILLIAM J. STRADLEY

March 2, 2001

RECEIVED MAR 19 2001 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS DEPUTY CLERK

**RULE 11 AGREEMENT**

**Via Facsimile**

Mr. R. Barry Robinson
816 Congress Avenue, Suite 1000
Austin, TX 78701-2443

Re: Civil Action No. A 00CA325; *The Estate of Anita Ann Dulaney, Deceased, et al. v. The United States of America*; In the United States District Court, Western District of Texas, Austin Division

Dear Mr. Robinson:

This letter shall confirm that you have agreed to extend Plaintiffs current deadline to amend pleadings in this case, to April 2, 2001. If this correctly reflects our agreement, please sign where indicated below.

Thank you for your courtesy in this regard.

Sincerely,

*Greig Coates/—*
Greig W. Coates
(Signed w/Permission)

AGREED:

_____
Barry Robinson, Attorney for Defendant