# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DULANEY | § | |
| | § | |
| v. | § | CIVIL NO: |
| | § | A:00-CA-325-SS |
| USA | | |

**FILED**
JUN 18 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ORDER SETTING SETTLEMENT CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for SETTLEMENT CONFERENCE in Courtroom Number Two, United States Courthouse, 200 West Eighth Street, Austin, Texas 78701 on Friday, June 29, 2001 at 02:00 PM.

IT IS SO ORDERED this 18th day of June, 2001.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

16