AO 187 (Rev. 7/87) Exhibit and Witness List

Filed 7-13-01

# United States District Court

DISTRICT OF Western / Texas

Clerk, U.S. District Court
Western District of Texas

Estate of Anita Ann Dulaney, et al. v. U.S.G.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: A00CA325-SS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sam Sparks | Kelly Wright, Bill Gatos (et the) | Barry Johnson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Settlement Conference 7/13/01 | Lily Reznik | Margaret Sims |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7-13-01 | | | Kevin L. Dulaney |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

22

Page 1 of ___ Pages