RECEIVED
AUG 0 2 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

FILED
AUG 0 6 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE ESTATE OF ANITA ANN DULANEY, DECEASED By And Through Its Administrator, Kevin L. Dulaney, KEVIN L. DULANEY, Individually and as Next Friend of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, Minors, and ANITA D. OLIVER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § § § § § CIVIL NO. A-00-CA-325-SS |

## AGREED JUDGMENT APPROVING COMPROMISE SETTLEMENT OF MINORS' CLAIMS

The above cause came on for hearing on July 13, 2001. The plaintiff, Kevin Dulaney, individually and on behalf of his minor children Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, appeared in person and by attorney. Also present was Will Coates, attorney ad litem appointed by this Court to represent the interests of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, the minor children. The Defendant United States appeared by and through R. Barry Robinson, Assistant U.S. Attorney.

After considering the pleadings, evidence, and arguments of counsel, the Court is of the opinion and finds that the liability of the Defendant is disputed; that Plaintiff Kevin Dulaney and the attorney ad litem are fully informed with the respect to the facts of liability, the disputed nature of the cause of action, and the nature and extent of the damages claimed; and that, with the knowledge of the cause of action as above said, the parties have agreed to compromise and settle such cause of

action for a certain sum in full settlement of any and all claims.

FURTHER, after considering the pleadings, evidence, arguments of counsel, and the report filed by Will Coates, the attorney ad litem, incorporated herein by reference, the Court concludes that the proposed settlement is in the best interest of the minor children and should be accepted.

Accordingly, IT IS HEREBY ORDERED that the proposed settlement as presented to this Court through the Recommendation filed by Will Coates, attorney ad litem for Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, is hereby ACCEPTED.

All costs of court, including the sum of $2,500.00 set as the fee for Will Coates, as attorney ad litem, as agreed to by the parties, are taxed against the Plaintiffs.

IT IS FURTHER ORDERED that after the claims asserted by the Estate of Anita Ann Dulaney, Deceased; by and through its Administrator, Kevin L. Dulaney; Kevin L. Dulaney, Individually and as Next Friend of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, Minors, and Anita D. Oliver, against the United States of America, have been paid, the parties shall file their Stipulation of Dismissal with the Court, whereby the same shall be DISMISSED WITH PREJUDICE.

All relief not expressly granted is denied.

SIGNED this 3rd day of August, 2001.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

APPROVED

**Attorney for Defendant:**          ROBERT L. PITMAN
                                     UNITED STATES ATTORNEY


Date: 2 Aug 01          By: _____
                             R. BARRY ROBINSON
                             Assistant United States Attorney



**Attorney for Plaintiffs:**         MITHOFF & JACKS, L.L.P.


Date: 8/2/01            By: _____
                             JAMES L. WRIGHT



**Attorney Ad Litem:**


Date: _____  By: _____
                             WILL COATES

**APPROVED**

**Attorney for Defendant:**                                  ROBERT L. PITMAN
                                                             UNITED STATES ATTORNEY


Date: _____                    By: _____
                                              R. BARRY ROBINSON
                                              Assistant United States Attorney


**Attorney for Plaintiffs:**                                 MITHOFF & JACKS, L.L.P.


Date: _____                    By: _____
                                              JAMES L. WRIGHT


**Attorney Ad Litem:**


Date: 7-20-01                            By: _____
                                              WILL COATES