UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 1 ° 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| THE ESTATE OF ANITA ANN DULANEY, § <br> DECEASED By And Through Its Administrator,§ <br> Kevin L. Dulaney, KEVIN L. DULANEY, § <br> Individually and as Next Friend of Annaka § <br> Dulaney, Jaycie Dulaney and Abby Dulaney, § <br> Minors, and ANITA D. OLIVER, § <br> § <br> Plaintiffs, § <br> § <br> v. § CIVIL NO. A-00-CA-325-SS <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, the Estate of Anita Ann Dulaney, Deceased; by and through its Administrator, Kevin L. Dulaney; Kevin L. Dulaney Individually and as Next Friend of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, Minors, and Anita D. Oliver; and Defendant, United States of America; being all the parties who have appeared herein, by and through their undersigned counsel, stipulate to the dismissal of Plaintiffs' action as to the United States of America, with prejudice and without costs.

                                                MITHOFF & JACKS, L.L.P.
One Congress Plaza, Suite 1010
111 Congress Avenue
Austin, TX  78701
(512) 478-4422 / (512) 478-5015 Fax

Date: 9-18-01         By: _____
                                    GREIG W. COATES
                                    State Bar No. 00787256
                                    TOMMY JACKS
                                    State Bar No. 10452000
                                    JAMES L. "LARRY" WRIGHT
                                    State Bar No. 22038500

                                    ATTORNEYS FOR PLAINTIFFS

DATE: 9-19-01                   ROBERT L. PITMAN
                                    UNITED STATES ATTORNEY

                            By: _____
                                    R. BARRY ROBINSON
                                    Assistant U.S. Attorney
                                    816 Congress Avenue, Suite 1000
                                    Austin, Texas 78701
                                    (512) 916-5858 / 916-5854 FAX
                                    Arkansas State Bar No. 85206