UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE ESTATE OF ANITA ANN DULANEY, DECEASED By And Through Its Administrator, Kevin L. Dulaney, KEVIN L. DULANEY, Individually and as Next Friend of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, Minors, and ANITA D. OLIVER, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Defendant. | CIVIL NO. A-00-CA-325-SS |

## ORDER OF DISMISSAL

COME NOW Defendant, United States of America, and Plaintiffs, the Estate of Anita Ann Dulaney Deceased by and through its Administrator, Kevin L. Dulaney, Kevin L. Dulaney Individually and as Next Friend of Annaka Dulaney, Jaycie Dulaney and Abby Dulaney, Minors, and Anita D. Oliver, by and through their respective counsel, and subject to the approval of the Court, stipulate as follows:

1. All claims presented by the Plaintiffs' Complaint shall be dismissed with prejudice as to the United States of America pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. All parties shall pay their own costs.

SIGNED and ENTERED this the 26th day of Sept., 2001.

SO ORDERED: 
SAM SPARKS
UNITED STATES DISTRICT JUDGE